PER CURIAM.

(No. 6907

CABRINI-GREEN COMMUNITY MARKET, INC., d/b/a/ JET COMMUNITY MARKET, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed January 9, 1973.*

CABRINI-GREEN COMMUNITY MARKET, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.